

# THE THIRTEENTH COURT OF APPEALS

## 13-19-00552-CV

Samantha Ruiz and Brian Ruiz
v.
Raul Sosa and Silvia Sosa

On Appeal from the
197th District Court of Cameron County, Texas
Trial Cause No. 2015-DCL-05946-C

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellants Samantha Ruiz and Brian Ruiz.

We further order this decision certified below for observance.

November 26, 2019